FILED

JUN 1 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **20CR2066 CAB** |
|---|---|
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| Jessica CARLSON (1),<br>Khalid JABRO (2), | 21, U.S.C., Sec. 841(a)(1) –<br>Possession of Methamphetamine with<br>Intent to Distribute |
| Defendants. | |

The United States Attorney charges:

Count 1

That on or about May 8, 2020, within the Southern District of California, defendant Jessica CARLSON, did knowingly and intentionally possess, with intent to distribute 50 grams or more, to wit: approximately 370 grams of a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 2

That on or about May 8, 2020, within the Southern District of California, defendant Khalid JABRO, did knowingly and intentionally

CVW:San Diego/Imperial
7/14/20

1  possess, with intent to distribute 50 grams or more, to wit:

2  approximately 67.3 grams of a mixture and substance containing a

3  detectable amount of methamphetamine; a Schedule II Controlled

4  Substance; in violation of Title 21, United States Code, Section

5  841(a)(1).

6

7  DATED: July 15, 2020.

8  ROBERT S. BREWER, JR.
   United States Attorney

9

10

    By:  *Mario Peia*
11       _____
         MARIO PEIA
12       Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28